No. 173. MASON, TRUSTEE IN BANKRUPTCY, *v.* WYLDE ET AL. October 13, 1941. Petition for writ of certiorari to the Superior Court, Worcester County, Massachusetts,

denied. *Mr. Joseph Talamo* for petitioner. *Mr. Clarence W. Rowley* for respondents.